UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00082 |
| | ) | JUDGE TRAUGER |
| | ) | |
| SPENCER RANDOLPH (#17), et. al. | ) | |

## AGREED ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

The defense has moved this Court to Modify the Special Conditions of Supervision, for Defendant Spencer Randolph, by removing Special Condition of Supervision One (1), requiring Mr. Randolph to remain at a residential reentry center (RRC) for one (1) year. The Government does not oppose this Motion. It is hereby **ORDERED** that Special Condition of Supervision One (1) is removed, and that Mr. Randolph remains under supervision with all other conditions remaining in place.

ENTERED this 18th day of March 2014.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE

**Approved for Entry:**

*/s/ William J. Steed III*
WILLIAM J. STEED III
Attorney for Spencer Randolph


*/s/ Sunny A.M. Koshy*
Sunny A.M. Koshy
Attorney for Government

1